LIPMAN LIPSHITZ, Appellant, v. HECTOR BEERE and Others, Respondents. TITLE GUARANTEE AND TRUST COMPANY, Appellant.— Appeal dismissed, without costs.  Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

MINNIE I. MARQUET, Appellant, v. WILLIAM S. KINSEY and EMMA L. KINSEY, Respondents.— Appeal dismissed, without costs.  Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

BESSIE McNAMARA, Appellant, v. KRANICH & BACH, Respondent.— Appeal dismissed, without costs.  Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

PETER H. McNULTY, Appellant, v. THE BROOKLYN HEIGHTS RAILROAD COMPANY, Respondent.—Appeal dismissed, without costs.  Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

WILLIAM D. MOORE, Respondent, v. JAMES F. MOORE and Others, Appellants.— Appeal dismissed, without costs.  Present — Jenks, P. J., Rich, Blackmar and Jaycox, JJ.

JOSEPH P. MULQUEEN, as Receiver, etc., Appellant, v. JOHN LORENZEN and Another, Defendants. HENRY APFEL, Respondent.— Appeal dismissed, without costs.  Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

HYMAN B. MYERS, Appellant, v. THE RECTOR, CHURCH WARDENS AND VESTRYMEN OF ST. PAUL'S CHURCH, etc., Respondent.— Appeal dismissed, without costs.  Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

FREDERICK H. NORTON and Another, Appellants, v. ROBERT MERCHANT, Respondent.— Appeal dismissed, without costs.  Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

MARY C. O'BRIEN, Appellant, v. BRONX PARKWAY DEVELOPMENT COMPANY, Respondent.— Appeal dismissed, without costs.  Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

ANNINA PANESSA, Respondent, v. FRANCESCO PANESSA, Appellant.— Appeal dismissed, without costs.  Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

GEORGE S. PENNIE, Respondent, v. THE NEWBURGH ELECTRIC RAILWAY COMPANY, Appellant.— Appeal dismissed, without costs.  Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

JAMES H. PIGOT, Appellant, v. EDWARD J. McKEEVER and Another, Copartners, etc., Respondents.— Appeal dismissed, without costs.  Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

DANIEL C. POTTER, Respondent, v. WILLIAM H. ALLEN, Appellant.— Appeal dismissed, without costs.  Present — Jenks, P. J., Rich, Putnam and Jaycox, JJ.

JAMES GARFIELD PURDY, Respondent, v. TITLE GUARANTY AND SURETY COMPANY, Defendant. JOHN R. SWEENY and Another, Appellants.— Appeal dismissed, without costs.  Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.